IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 NOV -8  PM 3: 33

OFFICE OF THE CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )   Case No.  4:06CR3151
)
BARRY SINGLETON, )
)
Defendant. )

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Request for Hearing and Order under seal. The Clerk shall provide a copy of the Order to defense counsel, Pretrial Services and the U.S. Marshal.

DATED this ___8th___ day of November, 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge